# IN THE SUPREME COURT OF THE STATE OF DELAWARE

CONCORD SQUARE ASSOCIATES, §
LLC, a limited liability Company, § No. 417, 2014
§
    Defendant Below, §
    Appellant/Cross Appellee, §
§
    v. § Court Below – Superior Court
§ of the State of Delaware,
KEVIN A. BROKUS, § in and for New Castle County
§ C.A. No.: N12C-01-098 JAP
§
    Plaintiff Below, §
    Appellee/Cross Appellant. §

Submitted: May 20, 2015
Decided: May 21, 2015

Before **STRINE**, Chief Justice, **HOLLAND**, and **SEITZ**, Justices.

## <u>ORDER</u>

On this 21st day of May 2015, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its November 25, 2013 Order and its Memorandum Opinion dated July 3, 2014.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ *Collins J. Seitz, Jr.*
Justice